UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHERLEY L. BEAUFILS | ) SUPERSEDING INDICTMENT<br>) NO. 1:20-cr-63<br>)<br>)<br>) 18 U.S.C. § 1349<br>) Conspiracy to Commit Wire and<br>) Health Care Fraud<br>)<br>) 18 U.S.C. § 1347<br>) Health Care Fraud<br>)<br>) 18 U.S.C. § 371<br>) Conspiracy<br>)<br>) 18 U.S.C. § 1035(a)(1)<br>) False Statements Relating to<br>) Health Care Matters<br>)<br>) 18 U.S.C. § 1028A<br>) Aggravated Identity Theft<br>)<br>) 18 U.S.C. § 1001<br>) False Statements |

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
4:15 PM
2-3 20 21
Deputy Clerk

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Superseding Indictment are as follows:

Count 1:    Conspiracy to Commit Wire and Health Care Fraud
            18 U.S.C. § 1349
            - Not more than 20 years of imprisonment
            - Not more than a $250,000 fine
            - Not more than three years of supervised release
            - $100 special assessment

*But if found to be in connection with the conduct of telemarketing:*
            - Not more than 25 years of imprisonment

1

- Not more than a $250,000 fine
- Not more than three years of supervised release
- $100 special assessment

*But if found to be in connection with the conduct of telemarketing that targeted persons over the age of 55:*
- Not more than 30 years of imprisonment
- Not more than a $250,000 fine
- Not more than three years of supervised release
- $100 special assessment

**Counts 2–6:**   **Health Care Fraud**
18 U.S.C. § 1347
- Not more than 10 years of imprisonment
- Not more than a $250,000 fine
- Not more than three years of supervised release
- $100 special assessment

*But if found to be in connection with the conduct of telemarketing:*
- Not more than 15 years of imprisonment
- Not more than a $250,000 fine
- Not more than three years of supervised release
- $100 special assessment

*But if found to be in connection with the conduct of telemarketing that targeted persons over the age of 55:*
- Not more than 20 years of imprisonment
- Not more than a $250,000 fine
- Not more than three years of supervised release
- $100 special assessment

**Count 7:**   **Conspiracy**
18 U.S.C. § 371
- Not more than five years of imprisonment
- Not more than a $250,000 fine
- Not more than three years of supervised release
- $100 special assessment

*But if found to be in connection with the conduct of telemarketing:*
- Not more than 10 years of imprisonment
- Not more than a $250,000 fine
- Not more than three years of supervised release
- $100 special assessment

*But if found to be in connection with the conduct of telemarketing that targeted persons over the age of 55:*
- Not more than 15 years of imprisonment
- Not more than a $250,000 fine
- Not more than three years of supervised release
- $100 special assessment

**Counts 8–12:** **False Statements Relating to Health Care Matters**
18 U.S.C. § 1035
- Not more than five years of imprisonment
- Not more than a $250,000 fine
- Not more than three years of supervised release
- $100 special assessment

**Counts 13–17:** **Aggravated Identity Theft**
18 U.S.C. § 1028A
- Two years of imprisonment consecutive to any other sentence of imprisonment
- Not more than a $250,000 fine
- Not more than one year of supervised release
- $100 special assessment

**Count 18:** **False Statement or Representation Made to a Department of Agency of the United States**
18 U.S.C. § 1001
- Not more than five years of imprisonment
- Not more than a $250,000 fine
- Not more than three years of supervised release
- $100 special assessment

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

**/s/ Jonathan A. Porter**
Jonathan A. Porter
Assistant United States Attorney
Georgia Bar Number 725457

3