IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. CR 1:20-CR-63 |
| v. | ) | |
| | ) | |
| SHERLEY L. BEAUFILS | ) | |

## UNITED STATES' TRIAL EXHIBIT LIST

| No | Description | Admitted |
|---|---|---|
| 1A1 | Orthotic Brace Orders and Associated Medical Records for J.K., dated 12/8/2018 | 1/31/22 |
| 1A2 | Heartland Hospice Medical Records for J.K., dated Nov-Dec 2018 | 1/31/22 |
| 1B1 | Orthotic Brace Orders and Associated Medical Records for J.M., dated 4/6/2018 | 1/31/22 |
| 1B2 | Orthotic Brace Orders and Associated Medical Records for J.M., dated 1/7/2019 | 1/31/22 |
| 1C1 | Orthotic Brace Orders and Associated Medical Records for S.J.C., dated 2/15/2019 | 1/31/22 |
| 1C2 | Orthotic Brace Orders and Associated Medical Records for T.M., dated 2/15/2019 | 1/31/22 |
| 1D1 | Email from T.H. to Sherley Beaufils -- RE: DMERx, dated 11/16/2018 | 1/31/22 |
| 1D2 | Orthotic Brace Orders and Associated Medical Records for T.B., dated 11/16/2018 | 1/31/22 |
| 1D3 | Orthotic Brace Orders and Associated Medical Records for L.C., dated 11/16/2018 | 1/31/22 |
| 1D4 | Orthotic Brace Orders and Associated Medical Records for E.V.B., dated 11/20/2018 | 1/31/22 |
| 1D5 | Orthotic Brace Orders and Associated Medical Records for D.J., dated 11/16/2018 | 1/31/22 |
| 1D6 | Orthotic Brace Orders and Associated Medical Records for S.H., dated 11/16/2018 | 1/31/22 |
| 1D7 | Email from Sherley Beaufils to T.M. -- RE: DMERx, dated 11/16/2018 | 1/31/22 |
| 1E | Email from DMERx to Sherley Beaufils -- RE: New DMERX Exam Posting [20180425002639664.6609.6259], dated 4/25/2018 | 1/31/22 |

1

| | | |
|---|---|---|
| 1F | Google Subscriber Information for sherleybeaufils@gmail.com | 1/31/22 |
| 1G | Email from Sherley Beaufils to J.C. -- RE: question, dated 4/23/2018 | 1/31/22 |
| 1H1 | Email from echosign to T.H. and Sherley Beaufils -- RE: S.L.R. BI ANKLE GA INRNL1 between T.H. and Sherleybeaufils@gmail.com is Signed and Filed!, dated 7/9/2018 | 1/31/22 |
| 1H2 | Email attachment to 1H1 -- Orthotic Brace Orders and Associated Medical Records for S.L.R., dated 7/9/2018 | 1/31/22 |
| 1I | Email from Sherley Beaufils to T.H. and J.C. -- RE: DMERx, dated 7/4/2018 | 1/31/22 |
| 1J1 | Email from Sherley Beaufils to T.H. -- RE: DMERx, dated 8/7/2018 | 1/31/22 |
| 1J2 | Orthotic Brace Orders and Associated Medical Records for J.G.D., dated 8/7/2018 | 1/31/22 |
| 1K1 | Email from T.H. to Sherley Beaufils -- RE: DMERx Charts, dated 8/31/2018 | 1/31/22 |
| 1K2 | Orthotic Brace Orders and Associated Medical Records for L.T.C., dated 9/3/2018 | 1/31/22 |
| 1K3 | Orthotic Brace Orders and Associated Medical Records for S.W., dated 3/29/2018 | 1/31/22 |
| 1K4 | Orthotic Brace Orders and Associated Medical Records for L.M.B., dated 10/10/2018 | 1/31/22 |
| 1K5 | Orthotic Brace Orders and Associated Medical Records for M.H., dated 2/1/2019 | 1/31/22 |
| 1L1 | Email from T.C. to Sherley Beaufils -- RE: DMERX Patients, dated 3/5/2019 | 1/31/22 |
| 1L2 | Orthotic Brace Orders and Associated Medical Records for C.W., dated 3/5/2019 | 1/31/22 |
| 1L3 | Eamil from Sherley Beaufils to T.C. -- RE: DMERX Patients, dated 3/5/2019 | 1/31/22 |
| 1M | Call records for (770) 685-8494 | 1/31/22 |
| 1N1 | Orthotic Brace Orders and Associated Medical Records for P.C.B., dated 3/5/2019 | 1/31/22 |
| 1N2 | Orthotic Brace Orders and Associated Medical Records for C.M., dated 3/5/2019 | 1/31/22 |
| 1N3 | Orthotic Brace Orders and Associated Medical Records for M.T.S., dated 3/5/2019 | 1/31/22 |
| 1N4 | Orthotic Brace Orders and Associated Medical Records for J.S., dated 3/5/2019 | 1/31/22 |
| 1N5 | Orthotic Brace Orders and Associated Medical Records for D.F., dated 3/5/2019 | 1/31/22 |

| | | |
|---|---|---|
| 1N6 | Orthotic Brace Orders and Associated Medical Records for C.H., dated 3/5/2019 | 1/31/22 |
| 1N7 | Orthotic Brace Orders and Associated Medical Records for G.T., dated 3/11/2019 | 1/31/22 |
| 1N8 | Orthotic Brace Orders and Associated Medical Records for R.W., dated 3/11/2019 | 1/31/22 |
| 1O | Google Excerpt from Video Search History | 1/31/22 |
| 1P | Medicare Claims Data for Sherley L. Beaufils Referrals | 1/31/22 |
| 1Q1 | Sherley Beaufils Medicare Provider Enrollment Application, signed June 2016 | 1/31/22 |
| 1Q2 | Medicare Enrollment Summary, Sherley Beaufils NP | 1/31/22 |
| 1Q3 | Medicare Claims Data Summary, DME, Ordering/Referring Provider: Sherley Beaufils | 1/31/22 |
| 1Q4 | Medicare Claims Data Summary, Practice Locations, Ordering/Referring Provider: Sherley Beaufils | 1/31/22 |
| 1Q5 | Medicare Claims Data Summary, Patient Residence, Ordering/Referring Provider: Sherley Beaufils | 1/31/22 |
| 1Q6 | Medicare Claims Data Summary, Items per Supplier, Ordering/Referring Provider: Sherley Beaufils | 1/31/22 |
| 1Q7 | Medicare Claims Data Summary, Specific Patients, Ordering/Referring Provider: Sherley Beaufils | 1/31/22 |
| 1R1 | Georgia Uniform Allied Healthcare Professional Credentialing Application Form, Sherley Beaufils | 1/31/22 |
| 1R2 | Spalding Regional Hospital Credentialing Application Representation, Sherley Beaufils | 1/31/22 |
| 1R3 | Collaborative Practice / Protocol Agreement, Sherley Beaufils | 1/31/22 |
| 1R4 | WellStar Nurse Practitioner Scope of Practice Chart, Sherley Beaufils | 1/31/22 |
| 1R5 | WellStar Certification of Absence of Records | 1/31/22 |
| 1U1 | Screenshots of DMERx portal | 2/1/22 |
| 1U2 | Screenshots of DMERx portal | 2/1/22 |
| 2A | Orthotic Brace Orders and Associated Medical Records for P.W., dated 10/15/2018 | 1/31/22 |
| 2B | Orthotic Brace Orders and Associated Medical Records for W.C., dated 10/15/2018 | 1/31/22 |
| 2C | Doctors Hospital Medical Records for P.W., dated March-April 2018 | 1/31/22 |
| 3A | Orthotic Brace Orders and Associated Medical Records for K.M., dated 9/3/2018 | 1/31/22 |

| | | |
|---|---|---|
| 3B | Orthotic Brace Orders and Associated Medical Records for K.M., dated 12/9/2018 | 1/31/22 |
| 3C | Email from DMERx to Sherley Beaufils -- RE: New DMERX Exam Posting [20181204121136620.7790.6259], dated 12/4/2018 | 1/31/22 |
| 3D | Orthotic Brace Orders and Associated Medical Records for D.M., dated 9/3/2018 | 1/31/22 |
| 4A | Orthotic Brace Orders and Associated Medical Records for G.S., dated 11/4/2018 | 1/31/22 |
| 4B | Orthotic Brace Orders and Associated Medical Records for U.B., dated 11/4/2018 | 1/31/22 |
| 4C | Orthotic Brace Orders and Associated Medical Records for F.M.A., dated 11/3/2018 | 1/31/22 |
| 5A | Orthotic Brace Orders and Associated Medical Records for J.B., dated 6/28/2018 | 1/31/22 |
| 5B | Orthotic Brace Orders and Associated Medical Records for G.P., dated 6/28/2018 | 1/31/22 |
| 5C | Orthotic Brace Orders and Associated Medical Records for D.R.Z., dated 6/28/2018 | 1/31/22 |
| 5D | Orthotic Brace Orders and Associated Medical Records for M.B.H., dated 6/28/2018 | 1/31/22 |
| 5E | Email from T.H. to Sherley Beaufils -- RE: J.B. BI ANKLE GA RNL1 between T.H. and Sherleybeaufils@gmail.com is Signed and Filed!, dated 7/5/2018 | 1/31/22 |
| 5F | Email attachment to 5E -- Orthotic Brace Orders and Associated Medical Records for J.B., dated 7/5/2018 | 1/31/22 |
| 6A | Orthotic Brace Orders and Associated Medical Records for J.T., dated 11/12/2018 | 1/31/22 |
| 6B | Orthotic Brace Orders and Associated Medical Records for J.T., dated 12/26/2018 | 1/31/22 |
| 6C | Orthotic Brace Orders and Associated Medical Records for W.M., dated 11/12/2018 | 1/31/22 |
| 6D | Orthotic Brace Orders and Associated Medical Records for S.G., dated 12/26/2018 | 1/31/22 |
| 6E | Orthotic Brace Orders and Associated Medical Records for K.G., dated 12/26/2018 | 1/31/22 |
| 6F | Orthotic Brace Orders and Associated Medical Records for A.L., dated 12/26/2018 | 1/31/22 |
| 6G | Email from DMERx to Sherley Beaufils -- RE: New DMERX Exam Posting [20181108140931114.7790.6259], dated 11/8/2018 | 1/31/22 |

| | | |
|---|---|---|
| 7A | Wells Fargo Signature Card for Jean and Sherley Beaufils accounts ending in 6627 and 6960 | 1/31/22 |
| 7B | Wells Fargo Statement for Jean and Sherley Beaufils account ending in 6627 for March-April 2018 | 1/31/22 |
| 7C | Wells Fargo Statement for Jean and Sherley Beaufils account ending in 6627 for April-May 2018 | 1/31/22 |
| 7D | Wells Fargo Statement for Jean and Sherley Beaufils account ending in 6627 for May-June 2018 | 1/31/22 |
| 7E | Wells Fargo Statement for Jean and Sherley Beaufils account ending in 6627 for June-July 2018 | 1/31/22 |
| 7F | Wells Fargo Statement for Jean and Sherley Beaufils account ending in 6627 for July-August 2018 | 1/31/22 |
| 7G | Wells Fargo Statement for Jean and Sherley Beaufils account ending in 6627 for August-September 2018 | 1/31/22 |
| 7H | Wells Fargo Statement for Jean and Sherley Beaufils account ending in 6627 for September-October 2018 | 1/31/22 |
| 7I | Wells Fargo Statement for Jean and Sherley Beaufils account ending in 6627 for October-November 2018 | 1/31/22 |
| 7J | Wells Fargo Statement for Jean and Sherley Beaufils account ending in 6627 for November-December 2018 | 1/31/22 |
| 7K | Wells Fargo Statement for Jean and Sherley Beaufils account ending in 6627 for December 2018-January 2019 | 1/31/22 |
| 7L | Wells Fargo Statement for Jean and Sherley Beaufils account ending in 6627 for January-February 2019 | 1/31/22 |
| 7M | Wells Fargo Statement for Jean and Sherley Beaufils account ending in 6627 for February-March 2019 | 1/31/22 |
| 7N | Wells Fargo Statement for Jean and Sherley Beaufils account ending in 6627 for March-April 2019 | 1/31/22 |