**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:20-CR-00063-BKE-DHB-1 |
| v. | ) | |
| | ) | |
| SHERLEY L. BEAUFILS | ) | |

**AMENDED SENTENCING MEMORANDUM**

Ms. SHERLEY L. BEAUFILS respectfully amends her Sentencing Memorandum

(ECF No. 113, p. 13) as follows:

- ~~The Honorable Dudley Hollingsworth Bowen, Jr.~~**Mr. Jean E. Jacob - Ex. 53
(this letter is signed by an additional 72 individuals who support Sherley)**

~~The Honorable Dudley Hollingsworth Bowen, Jr.~~Mr. John E. Jacob has known

Ms. Beaufils since 2008. He wrote that

> Your Honor, I am aware of the charges and conviction that the Court system has
> against [Ms. Beaufils]. Convinced of her innocence of these charges and knowing
> her candid and truthful character, our Leadership Team, along with our church
> members are willing and ready to come testify on her behalf if the Court requires
> us to do so. During the last 14 years, [Ms. Beaufils] has always demonstrated
> high moral, ethical, and noble qualities as a highly respected member of our
> church. She has served and remains a committed, loyal leader in our Women's
> Group, Young Adult Ministry and our Praise Team. She has been a Sunday
> School teacher and a mentor to our High Schoolers as well. Furthermore, she is
> the faithful, devoted wife of the former President of the HMTCC organization.

Date:        August 11, 2022

Respectfully submitted,

**_s/ Joshua Sabert Lowther, Esq._**
Ga. Bar # 460398
jlowther@lowtherwalker.com

**_s/ Katryna Lyn Spearman, Esq._**
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:20-CR-00063-BKE-DHB-1 |
| v. | ) | |
| | ) | |
| SHERLEY L. BEAUFILS | ) | |

## CERTIFICATE OF SERVICE

I certify that on August 11, 2022, I electronically filed the foregoing AMENDED SENTENCING MEMORANDUM with the Clerk of the United States District Court for the Southern District of Georgia by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:            August 11, 2022

Respectfully submitted,

**_s/ Joshua Sabert Lowther, Esq._**
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com