IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 22-13292-HH
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SHERLEY L. BEAUFILS,

Defendant - Appellant.
_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

ORDER:

The motion for an extension of time to and including February 16, 2023, in which to file

Appellee's brief is GRANTED, with the appendix, if any, due seven (7) days from the filing of

the brief.

/s/ Elizabeth L. Branch_____
UNITED STATES CIRCUIT JUDGE