IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO: CR 120-063-001 |
| | ) | |
| SHERLEY L. BEAUFILS | ) | |

## O R D E R

The defendant, Sherley L. Beaufils, has been sentenced to eighty-seven months of imprisonment per the Amended Judgment dated August 22, 2022. Surety, Jean Bily Beaufils, has requested the return of the $2,500.00 cash security posted on the defendant's $25,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,500.00 posted by Jean Bily Beaufils for the defendant, plus all accrued interest thereon, be returned to Jean Bily Beaufils at 2009 Channing Dr., Conyers, GA 30094.

This 15th day of May 2023 at Augusta, Georgia.

_____
HONORABLE DUDLEY H. BOWEN, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA