IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

24 FEB 21  PM 3: 06

CLERK *CHdes*
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 120-063 |
| | * | |
| SHERLEY L. BEAUFILS | * | |

O R D E R

Upon consideration of Defendant Sherley L. Beaufils' motion to vacate the Order of January 26, 2024, which denied a sentence reduction under 18 U.S.C. § 3582(c)(2), the motion (doc. no. 166) is **GRANTED**. The Order of January 26, 2024 (doc. no. 165) is hereby **VACATED**.

ORDER ENTERED at Augusta, Georgia, this 21st day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE