In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-13292
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

SHERLEY L. BEAUFILS,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 1:20-cr-00063-DHB-BKE-1
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued
on this date in this appeal is entered as the judgment of this Court.

Entered: November 25, 2025

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: January 9, 2026