# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

Augusta Division

UNITED STATES OF AMERICA

)
)
)
vs                                                              )      CASE NUMBER  1:20-cr-00063
)
SHERLEY L. BEAUFILS                                             )
)

## O R D E R

The Judgment of this Court in the above entitled action having been affirmed

by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S.

Court of Appeals, is made the judgment of this court.

This _____14TH_____ day of _____JANUARY_____, 2026.

UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA